# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA JEAN ROSS,<br><br>        Petitioner,<br><br>    v.<br><br>WALTER MILLER, Warden,<br><br>        Respondent. | Case No. CV 11-4753-GHK (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  4/13/14

                                            GEORGE H. KING
                                  CHIEF U. S. DISTRICT JUDGE